**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ENRICQUE FRANCO,

    Plaintiff

v.

RYAN MCCORMICK, et al.,

    Defendants

Case No.: 3:26-cv-00165-MMD-CSD

**Order**

Re: ECF No. 1

Plaintiff, who is an inmate in custody of the Nevada Department of Corrections (NDOC), has initiated a civil action in this court.

Effective December 8, 2025, NDOC inmates filing lawsuits in the U.S. District Court for the District of Nevada are directed to apply for *in forma pauperis* (IFP) status using the form titled "Application to Proceed In Forma Pauperis by an Inmate in NDOC Custody."

Plaintiff has submitted an incompletion application to proceed IFP on an outdated form (ECF No. 1). Plaintiff's IFP application (ECF No. 1) is **DENIED WITHOUT PREJUDICE**.

The Clerk shall **SEND** Plaintiff the approved form application to proceed IFP by an inmate in NDOC custody and instructions for the same. Plaintiff has until **March 31, 2026** to pay the full filing fee of $405 or file a fully complete application to proceed IFP for an inmate in NDOC custody, which includes pages 1-3 of the court's approved form and is properly signed by Plaintiff on page 3.

///

///

If Plaintiff fails to timely comply with this Order, his action may be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: March 10, 2026

_____
Craig S. Denney
United States Magistrate Judge

2