# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ENRIQUE FRANCO, | Case No.: 3:26-cv-00165-MMD-CSD |
| Plaintiff | **Report & Recommendation of United States Magistrate Judge** |
| v. | |
| RYAN MCCORMICK, et al., | |
| Defendants | |

This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Plaintiff, who is an inmate in custody of the Nevada Department of Corrections (NDOC), initiated a civil action with this court, accompanied by an incomplete application to proceed *in forma pauperis* (IFP), on an outdated form. On March 10, 2026, the court denied Plaintiff's IFP application without prejudice and gave him until March 31, 2026, to pay the full filing fee or file an IFP application for an inmate on the approved court form. Plaintiff was cautioned that a failure to timely do so may result in dismissal of this action without prejudice. (ECF No. 3.)

Plaintiff failed to file a complete IFP application for an inmate or pay the filing fee; therefore, this action should be dismissed without prejudice.

## RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE**.

The Plaintiff should be aware of the following:

1. Plaintiff may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge. Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: June 4, 2026

_____
Craig S. Denney
United States Magistrate Judge

2