UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ENRIQUE FRANCO,,

Plaintiff,

v.

RYAN MCCORMICK, *et al.*,

Defendants.

Case No. 3:26-cv-00165-MMD-CSD

ORDER

*Pro se* Plaintiff Enrique Franco, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), brings this civil rights action under 42 U.S.C. § 1983. (ECF No. 1-1.) Before the Court is United States Magistrate Judge Craig S. Denney's Report and Recommendation (ECF No. 4 ("R&R")), recommending that the Court dismiss the action without prejudice. Plaintiff filed a timely objection. (ECF No. 5 ("Objection").) Considering Plaintiff's *pro se* status, the Court will sustain the Objection and reject the R&R.

Plaintiff filed a *pro se* complaint and an incomplete application to proceed *in forma pauperis* ("IFP") on an outdated form. (ECF Nos. 1-1, 1.) Judge Denney denied the IFP application, directed the Clerk of Court to send an updated IFP application form to Plaintiff, and directed Plaintiff to either pay the full filing fee or complete the IFP application by March 31, 2026. (ECF No. 3.) Judge Denney noted that the action may be dismissed if Plaintiff failed to comply. (*Id.*) Plaintiff did not file an updated IFP application or pay the filing fee. On June 4, Judge Denney recommended dismissing the action. (ECF No. 4.) On June 6, Plaintiff filed an objection, claiming he did not receive notice of the issue with his IFP application and only discovered the problem upon receiving a copy of the R&R. (ECF No. 5 at 2.)

///

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where, as here, a party timely objects to a magistrate judge's Report and Recommendation, the Court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." *Id.* The Court's review is thus de novo because Plaintiff filed his Objection.

*Pro se* litigants are held to less stringent standards than lawyers. *See Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1990). Considering Plaintiff's timely Objection, the Court will grant Plaintiff additional time to either file an updated IFP application or pay the filing fee. However, the Court reminds Plaintiff that despite his *pro se* status, he must still comply with procedural rules. *See Jacobsen v. Filler*, 790 F.2d 1362, 1364 (9th Cir. 1986). This action cannot proceed until Plaintiff either pays the filing fee or completes the IFP application. If Plaintiff does not comply with this Order, the action will be subject to dismissal without prejudice.

It is therefore ordered that Judge Denney's report and recommendation (ECF No. 4) is rejected.

It is further ordered that the Clerk of Court send Plaintiff the approved IFP application form for NDOC inmates and the accompanying instructions.

It is further ordered that Plaintiff has until July 30 to either pay the full filing fee of $405 or file a complete IFP application on the provided form.

DATED THIS 30th Day of June 2026

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2